## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL PAUL DETTY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVL ACTION NO. 24-CV-6736 |
| | : | |
| CORRECTIONS OFFICER DOWDY, | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 13th day of February, 2026, upon consideration of Defendants Dowdy and Brown's Motion to Dismiss (ECF No. 30) and Plaintiff Michael Paul Detty's Response thereto (ECF No. 35), and pursuant to the Court's authority to screen *in forma pauperis* cases under 28 U.S.C. § 1915(e)(2)(B), it is **ORDERED** that:

1.    The Motion is **GRANTED** as to Defendant Brown and **DENIED** as to Defendant Dowdy for the reasons stated in the Court's accompanying Memorandum.

2.    The claims against Defendants Brown and Cruz are **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's accompanying Memorandum.

3.    The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Brown and Cruz.

4.    Defendant Dowdy shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, J.**